JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO, | Case No. EDCV 24-00635 CJC (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: April 25, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE